**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **HUNG NGUYEN,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-517-KC |
| | § | |
| **FIELD OFFICE DIRECTOR,** *U.S. Immigration and Customs Enforcement Enforcement and Removal Operations El Paso*, | § § § § § | |
| | § | |
| Respondent. | § | |

# ORDER

On this day, the Court considered the case. On February 20, 2026, Taylor Nguyen filed a Petition for a Writ of Habeas Corpus, ECF No. 1, on behalf of his father, who is a Vietnamese national subject to a final order of removal. In answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 5, in opposition to the Petition.

Respondents argue that Hung Nguyen's continued detention is lawful because his "removal to Vietnam is, in fact, significant[ly] likely in the reasonably foreseeable future." Resp. 1. In support, they attach the Declaration of Acting Supervisory Detention & Deportation Officer Elizabeth Urquidi ("Urquidi Decl."), ECF No. 5-1. Urquidi states that, "[o]n November 7, 2025, [Hung] Nguyen was interviewed and a Vietnamese travel document application was completed." Urquidi Decl. ¶ 8. And, "[o]n December 9, 2025, a Travel Document Request packet was submitted to the detention and deportation officer for review and approval." *Id.* ¶ 9. Urquidi states that ERO "has remained in regular contact" with this officer "regarding the status of [Hung] Nguyen's travel documents request," but does not state whether, or when, the officer submitted the travel documents request to Vietnam, or the anticipated timeline for issuance of

travel documents. *Id.* ¶ 10; *see generally id.* Urquidi then goes on to state that "Mr. Nguyen has a tentative removal date in the middle of March pending issuance of travel documents." *Id.* ¶ 11. But she does not provide any information indicating that travel documents will be issued before that time. *See generally id.*

However, given that Hung Nguyen's removal to Vietnam would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than March 18, 2026**, detailing the following:

(1) Whether a travel document request for Hung Nguyen was submitted to Vietnam, and if so, the date of submission, and if not, why the request has not been submitted;

(2) If a travel document request was submitted, whether Vietnam has approved the request, and, if not, the expected timeline for approval; and

(3) If Vietnam approved the travel document request, whether Hung Nguyen was removed to Vietnam and, if so, the date of his removal, and if not, the expected timeline for his removal, and any obstacles.

**SO ORDERED**.

**SIGNED this 4th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE